PASQUALE D'AMBRA, Respondent, v. PHILIP RHINELANDER, Appellant. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

JAMES W. JACOBUS, Respondent, v. RICHARD KEHOE and JOHN B. GILLIAR, Copartners, etc., Appellants, Impleaded with BAKER CROWELL, INC., Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

ARTHUR JOHNSON, Respondent, v. W. BECKERS ANILINE AND CHEMICAL WORKS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

MARY O'CONNOR, Respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, upon the ground that the verdict is against the evidence, and upon the further ground of error in refusal to charge as requested by defendant at folio 296. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCESCO NAPPI, Indicted as FRANK NAFIE, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY A. GOLDEN, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of AGNES S. LAWLER, Appellant, v. WILLIAM J. LAWLER, Respondent.— On reargument, a reconsideration of this appeal again leads to the conclusion that it must be dismissed, without costs, on the ground that the appeal was not taken in due time, nor in the manner prescribed by section 770 of the Code of Criminal Procedure, by obtaining permission of a justice of the Supreme Court, within the time prescribed in section 770-a. Jenks, P. J., Rich, Blackmar and Kelly, JJ., concur. [See 188 App. Div. 995; 189 id. 905.]

WILLIAM L. SAYERS, Respondent, v. JOSEPHINE LEYPOLDT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. (*Fisher Malting Co.* v. *Brown*, 92 App. Div. 251; *McGrath* v. *Murtha & Schmohl Co.*, 128 id. 278; *Holtzoff* v. *Dodge & Olcott Co.*, 134 id. 353; *Boitel* v. *Shilling*, 163 id. 911.) Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

ARTHUR W. SMITH, Respondent, v. FORD MOTOR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.